CONTINENTAL NAT. BANK. Appellant, v. TRADESMEN'S NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by the Continental National Bank against the Tradesmen's National Bank. W. Greerson, Jr., for

appellant. P. S. Britt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.